# ATTACHMENT B

**Local Competency Evaluations of Defendants Already in Custody**

1. *United States v. Lam*, 2:08CR617-DAK (Doc. No. 14)

2. *United States v. Lawrence*, 2:07CR349-TS (Doc. No. 24)

3. *United States v. Hensley*, 2:07CR198-DB (Doc. No. 47)

4. *United States v. Golding*, 2:04CR 769-TC (Doc. No. 94)

5. *United States v. Willard, et. al.,* 1:05CR86-DAK (Doc. No. 31)