# ATTACHMENT C

**Committed Competency Evaluations of Defendants Already in Custody**

1. *United States v. Edwards*, 2:06CR99-TC (Doc. No. 17)

2. *United States v. Young*, 2:08CR428-DAK (Doc. No. 14)

3. *United States v. Rodriguez-Becerra*, 2:07MJ246 (Doc. No. 18)

4. *United States v. Lopez-Mondragon*, 1:07CR12-TC (Doc. No. 16)

5. *United States v. Lyman*, 2:06CR144-TS (Doc. No. 36)

6. *United States v. Gruner*, 2:02CR10-DB (Doc. No. 33)

7. *United States v. Hards*, 2:03CR513-TS (Doc. No. 119)

8. *United States v. Cesspooch*, 2:05CR214-DKW (Doc. No. 41)

9. *United States v. Schulze*, 2:07CR631-DS (Doc. No. 11)

10. *United States v. Lundahl*, 2:07CR272-WFD (Doc. No. 59)

11. *United States v. Fitzgerald*, 2:07MJ169-BCW (Doc. No. 19)

12. *United States v. Paxton*, 2:08CR241-TC (Doc. No. 16)

13. *United States v. Crotez-Cruz*, 2:06CR216-TC (Doc. No. 62)

14. *United States v. Hansen*, 2:06CR299-TC (Doc. No. 24)

15. *United States v. Spann*, 2:06CR445-DAK (Doc. No. 15)

16. *United States v. Rauen*, 2:06CR661-BCW (Doc. No. 5)

17. *United States v. Dudley*, 2:06CR805-TC (Doc. No. 66)

18. *United States v. Lauritzen*, 2:0-7CR116-DB (Doc. No. 13)

19. *United States v. Stanley*, 2:07CR165-DAK (Doc. No. 27)

20. *United States v. Daud*, 2:07CR174-DB (Doc. No. 14)

21. *United States v. Acon*, 2:04CR722-TS (Doc. No. 23)

22. *United States v. Valadovinos*, 2:04CR708-JTG-DN (Doc. No. 52)

23. *United States v. Archuleta*, N-05-259M (Doc. No. 9)

24. *United States v. Greghun*, 2:04CR826-TC (Doc. No. 19)