# ATTACHMENT

# A

# MICHAEL WELNER, M.D.

**The Forensic Panel**
224 West 30th Street, Suite 806
New York, New York 10001
Tel: (212) 535-9286
Fax: (212) 535-3259
Email: drwelner@forensicpanel.com

## BOARD CERTIFICATION

| | |
|---|---|
| *Diplomate*, Psychiatry, American Board of Psychiatry and Neurology | 1993 |
| *Diplomate*, Forensic Psychiatry, American Board of Psychiatry and Neurology | 1996 |
|     Recertification | 2006 |
| *Certified*, Advanced Clinical Psychopharmacology, American Society of Clinical Psychopharmacology | 2003 |
|     Recertification | 2007 |
| *Diplomate*, Disaster Medicine, American Board of Disaster Medicine | 2007 |

## EXPERIENCE

**New York University School of Medicine, New York, NY**                    1992-Present
    *Clinical Associate Professor, Department of Psychiatry*
- Teach medical school courses
- Psychopharmacology, forensic psychiatry
- Guest discussant for case conferences at affiliated hospitals

**Lenox Hill Hospital, New York, NY**                    1995-2001
    *Attending Physician, Consultation Psychiatry Service*
- Supervision of residents in case management
- Consultation to medical units on psychiatric care and forensic psychiatric issues

    *Executive Committee, Department of Psychiatry (1997-1999)*

**The Forensic Panel, New York, NY**                    1998-Present
    *Chairman*
- Peer-reviewed forensic consultation service
- Forensic case consultation, establishing quality and ethical standards in forensic analysis and report writing and trial preparation, peer-review of colleagues

    *Internship Supervisor*
- John Jay College, Queens College, New York University, Harvard University, Boston College University, Cornell University, Union College, University of Florida, Douglas College, George Washington University, University of Buffalo, American University of Rome, Freie University (Berlin), Rutgers University, Davidson College, and others

**Duquesne University School of Law, Pittsburgh, PA**                    1998-Present
    *Adjunct Professor of Law*
- Advisory Board, Institute of Forensic Sciences

**Private Practice, New York, NY**                    1992-Present
- Pharmacologic and psychotherapeutic treatment of adults
- Civil and criminal forensic psychiatry

*Michael Welner, M.D.*
**The Forensic Panel**

Page 2 of 24

## EXPERIENCE CONTINUED…

New York State Supreme Court                                                                1995-Present
  ♦   Panel of "Highly Qualified Independent Psychiatrists"

Lagos State University School of Medicine, Lagos Nigeria                     2007 – present
  *Adjunct Professor*
  ♦   Advisor and contributor to forensic science medical education

ABC News, New York, NY                                                                             2007
  *Special Consultant*
  ♦   Advisor to Law and Justice Unit on stories of forensic and law interest
  ♦   Regular written contributor to ABCNews.com

Welner Enabled, New York, NY                                                                  2003-06
  *President*
  ♦   Medical examination products for disabled and infirm

The Forensic Echo, New York, NY                                                           1996-2002
  ♦   *Publisher, Editor-In-Chief* (monthly journal of law, psychiatry and public policy)
  ♦   Legal case review & commentary, writing news stories, medical editing

New York Medical College, New York, NY                                             1997-2001
  *Adjunct Assistant Professor of Psychiatry*
  ♦   Consulting on the building of forensic program

Bellevue Hospital, New York, NY                                                            1992-97
  *Attending Physician, Forensic Psychiatry Service* (1992-95)
  ♦   Inpatient care of inmates in the New York City and State correctional systems
  ♦   Psychiatric consultation to medical corrections units
  Coordinator, Competency Evaluation Services (1993-94)
  ♦   Independent examination & testimony in hospital medication grievance hearings
  ♦   Evaluations of defendants' fitness to proceed to trial for Manhattan, Brooklyn,
       and Bronx courts in particularly complex cases

New York Comprehensive Care Center, New York, NY                         1992-94
  *Clinical Director, Psychiatric Evaluation and Treatment Services*
  ♦   Evaluation and treatment of patients presenting in criminal and civil (including
       tort, workers' compensation, and no fault) proceedings

Booth Memorial Medical Center, Queens, NY                                       1991-92
  ♦   Emergency and consultation psychiatry, crisis intervention
  ♦   Monitoring of medications for outpatients

Regent Hospital, New York, NY                                                             1991-92
  ♦   Adolescent psychiatry
  ♦   Crisis intervention and intake

*Michael Welner, M.D.*
**The Forensic Panel**

Page 3 of 24

## PROFESSIONAL HONORS

| | |
|---|---|
| *Board Member, Disaster Medicine,* American Association of Physician Specialists | 2005-present |
| *Board of Directors,* The Annapolis Center for Science-Based Public Policy | 2004-present |
| *Editorial Board,* Forensic Science, Medicine, & Pathology | 2004-present |
| *Board of Directors,* Nebraska Institute of Forensic Sciences | 2002-present |
| Vice Chairman | 2007-present |
| *Working Group, Serial Murder,* Federal Bureau of Investigation | 2004-2006 |
| *Editorial Board of Advisors,* Encyclopedia of Forensic & Legal Medicine, Academic Press | 2002-2006 |
| Contributor, Legislation on Capital Eligibility & Retardation States of Pennsylvania, Texas | 2002-2004 |
| *National Advisory Board,* Albany State U. Program in Forensic Sciences | 2002-present |
| *Associate Editor,* Practical Reviews in Forensic Medicine and Sciences, Educational Reviews Inc. | 1998-2004 |
| *Editorial Board,* Journal of Practicing Forensic Psychology | 1998-present |
| *Board of Directors,* Association of Law & Medical Investigative Experts | 2000-2002 |
| *Physician Advisory Board,* Professional Solutions | 1999-2001 |
| *Fellow,* American College of Forensic Examiners | 1998 - 2004 |
| *Excellence in Medical Student Education Award,* American Psychiatric Association | 1997 |

## FUNDED RESEARCH

| | |
|---|---|
| Standardizing Forensic-Legal Definitions of Depraved Crimes. MHS, Inc. Principal Investigator | 2001 - 2005 |
| Suspect Vulnerabilities, Interrogation Conditions & Suspect-Interrogator Dynamics that Contribute to False Confessions. Grant from George Washington University. Principal Investigator | 2004 - 2005 |

## PRESENTATIONS

| | |
|---|---|
| Yale University School of Law, New Haven, CT<br>'Seeing Life Through Death: Lessons from Forensic Psychiatry' | Apr. 2009 |
| Society of Professional Investigators, New York, NY<br>'When Forensic Psychiatry Meets Case Investigation: How We Practice' | Sep. 2008 |
| International Academy of Forensic Sciences, Annual Meeting, New Orleans, LA<br>'Current & Unresolved:  Ethical Challenges Confronting Forensic Psychiatry' | Jul. 2008 |
| Where Fact Meets Fiction, Duquesne University School of Law, Pittsburgh, PA<br>'Scientific Consulting for the News' | Apr. 2008 |
| Where Fact Meets Fiction, Duquesne University School of Law, Pittsburgh, PA<br>'Panel: Forensic Science and the News: Opportunities and Limitations' | Apr. 2008 |
| Nebraska Institute of Forensic Sciences, Annual Conference, Lincoln, NE<br>'Lessons in Psychiatric Resilience from Foreign Disasters' | Oct. 2007 |
| War, Terror, and Psychology, Yeshiva University, New York, NY<br>'Defining Evil, the Depravity Standard, & War Crimes' | Jun. 2007 |
| Preserving Evidence, Saving Lines, Duquesne University School of Law, Pittsburgh, PA<br>'Lessons in Psychiatric Resilience from Foreign Disasters' | Mar. 2007 |

*Michael Welner, M.D.*
**The Forensic Panel**

Page 4 of 24

### PRESENTATIONS CONTINUED...

| | |
|---|---|
| American Academy of Forensic Sciences, Annual Meeting, San Antonio, TX<br>    'Unresolved: Psychiatry Ethical Dilemmas, Current and Coming' | Feb. 2007 |
| American Academy of Forensic Sciences, Annual Meeting, San Antonio, TX<br>    'Antidepressant (SSRI) Defenses: Guidelines for Assessment' | Feb. 2007 |
| And Justice for All, Duquesne University School of Law, Pittsburgh, PA<br>    'Forensic Psychiatric Peer-Review in Action: Capital Mitigation' | Apr. 2006 |
| And Justice for All, Duquesne University School of Law, Pittsburgh, PA<br>    'Panel: Regulating Admissibility under FRE and *Daubert*' | Apr. 2006 |
| California District Attorney's Association, San Luis Obispo, CA<br>    'Mental Health and Capital Mitigation: Present, Future, and Delusional' | Mar. 2006 |
| American Academy of Forensic Sciences, Annual Meeting, Seattle, WA<br>    'Interdisciplinary Forensic Peer-Review in Action: Death Investigation' | Feb. 2006 |
| American Academy of Forensic Sciences, Annual Meeting, Atlanta, GA<br>    'International Perspectives on What is a Depraved Crime' | Feb. 2006 |
| Association of Government Attorneys in Capital Litigation, Washington, DC<br>    'Truth, Fiction, and Nuance of Brain Damage and Retardation Defenses' | July 2005 |
| Duquesne University School of Law, Pittsburgh, PA<br>    'Forensic Psychiatry and Psychology: Practice and Ethics' | Mar. 2005 |
| Duquesne University School of Law, Pittsburgh, PA<br>    'Forensic Interviewing and Police Interrogation: Learning from the Other' | Mar. 2005 |
| Grand Rounds, Cooper Hospital, Camden, NJ<br>    'Psychopathy, Media, and the Psychology at the Root of Terror' | Nov. 2004 |
| Duquesne University School of Law, Pittsburgh, PA<br>    'The Insanity Defendant: Answers in the Unexplained' | Oct. 2004 |
| Tracking Terrorism in the 21st Century, Wecht Institute of Forensic Sciences Pittsburgh, PA<br>    'Psychopathy, Media, and the Psychology at the Root of Terror' | Oct. 2004 |
| Annual Training Retreat, New York Prosecutors Training Institute, Syracuse, New York<br>    'The Capital Defendant as Portrayed by Psychiatry' | July 2004 |
| Duquesne University School of Law, Pittsburgh, PA<br>    'Ethics and the Forensic Examination' | June 2004 |
| Duquesne University School of Law, Pittsburgh, PA<br>    'Forensic Psychiatry – A Range of Responsibilities' | June 2004 |

*Michael Welner, M.D.*
**The Forensic Panel**

Page 5 of 24

## PRESENTATIONS CONTINUED...

Distinguished Lecturer in Legal Medicine, American College of Legal Medicine, Las Vegas, NV       Mar. 2004
    'Death Investigation and Medical Malpractice'

United States Military Academy, Brooklyn, NY       Mar. 2004
    'Forensic Psychiatry Consultation in Criminal Cases – Ethics and Practice'

Invited Testimony, New York State Assembly, New York, NY       Dec. 2003
    'Psychiatric Impact of Violent Video Games'

Symposium on JFK Assassination, Duquesne Law School, Pittsburgh, PA       Nov. 2003
    'Forensic Psychiatry's Importance in Resolving the Assassination Mystery'

Grand Rounds, Robert Wood Johnson Medical Center, Camden, NJ       Nov. 2003
    'The Depravity Scale: Civil and Patient Care Implications of Researching Evil'

North Carolina Homicide Investigator's Association, Atlantic Beach, NC       Oct. 2003
    'False Confessions: Lessons for Homicide Investigators'

Keynote Address, North Carolina Homicide Investigator's Association, Atlantic Beach, NC       Oct. 2003
    'The Depravity Scale: How Investigations Impact on the Legal Determination of Depravity'

Nebraska Institute of Forensic Sciences, Lincoln, Nebraska       June 2003
    'False Confessions & DNA Exonerations: Research, and Realities'

Keynote Address, Reigning in the Forensic Sciences Revolution, Lincoln, Nebraska       June 2003
    'The Depravity Scale: Standardizing Evil, Legal & Investigative Ramifications'

Duquesne University School of Law, Pittsburgh, PA       June 2003
    'Ethics and the Forensic Examination: Confronting Dilemmas'

Duquesne University School of Law, Pittsburgh, PA       June 2003
    'Forensic Psychiatry and Psychology: Civil and Criminal Roles'

American Psychiatric Association, Annual Meeting, San Francisco, CA       May 2003
    'Evil Beyond Crime: Civil Assessment and the Clinical Reckoning of Evil'

American Psychiatric Association, Annual Meeting, San Francisco, CA       May 2003
    'Frontiers in Standardizing the Definition of Evil in Criminal Law'

Kirby Forensic Psychiatric Center, Grand Rounds, New York NY       Mar. 2003
    'Sorting Out the Female Defendant: Clinical & Forensic Considerations'

Duquesne University School of Law, Alumni Reunion Lecture, New York, NY       Mar. 2003
    'Assessing Competency to Invest'

Ontario Psychological Association, Keynote Address, Toronto, Ontario, Canada       Feb. 2003
    'The Mental Health Professional in the Press'

Association of the Bar of the City of New York, New York, NY       Feb. 2003
    'The Psychiatric Assessment in ADA and FMLA Cases'

*Michael Welner, M.D.*
**The Forensic Panel**

Page 6 of 24

### PRESENTATIONS CONTINUED...

| | |
|---|---|
| American Academy of Forensic Sciences, Annual Meeting, Chicago, IL<br>      'Disputed Confessions: Guidelines for Assessment' | Feb. 2003 |
| American Academy of Forensic Sciences, Annual Meeting, Chicago, IL<br>      'Assessing Families and Victims of Terror in Personal Injury Cases' | Feb. 2003 |
| American Academy of Forensic Sciences, Annual Meeting, Atlanta, GA<br>      'Is There Evil Beyond Crime? Refining Criminal and Civil Definitions of Depravity' | Feb. 2003 |
| Conference on Death Penalty & Law, John Jay College of Criminal Justice<br>      'The Depravity Scale: A Quest for Fairness | Nov. 2002 |
| Conference on Domestic Violence & Child Issues, Duquesne U. School of Law, Pittsburgh, PA<br>      'Battered Woman vs. Antisocial Personality' | Nov. 2002 |
| Manhattan Psychiatric Center, Grand Rounds, New York, NY<br>      'The Role of Psychiatry and Research to Define Evil' | Oct. 2002 |
| Duquesne University School of Law, Pittsburgh, PA<br>      'Ethics and the Forensic Examination' | July 2002 |
| Duquesne University School of Law, Pittsburgh, PA<br>      'Assessing Psychiatric Malpractice and Emotional Distress' | July 2002 |
| New England Consortium of Public Employment Labor Boards, Waterville, NH<br>      'ADA and Emotional Distress After Mass Casualty Disasters' | July 2002 |
| Holland & Knight, New York, NY<br>      'Emotional Distress Claims: Working With the Forensic Psychiatrist' | June 2002 |
| American Psychiatric Association, Annual Meeting, Philadelphia, PA<br>      'Dilemmas in Defining Evil in Criminal Law' | May 2002 |
| American Psychiatric Association, Annual Meeting, Philadelphia, PA<br>      'Medication Defenses: Guidelines for Assessment' | May 2002 |
| American Psychiatric Association, Annual Meeting, Philadelphia, PA<br>      'The Depravity Scale: Toward a Standardized Definition' | May 2002 |
| American Psychiatric Association, Annual Meeting, Philadelphia, PA<br>      'Sadism and Forensic Psychiatry' | May 2002 |
| Middletown Psychiatric Center, Grand Rounds, Middletown, NY<br>      'Mentally Retarded Sex Offenders: Forensic & Treatment Insights' | May 2002 |
| Society of Medical Jurisprudence, Judiciary Committee, New York, NY<br>      'Defining Evil Through Forensic Science' | Apr. 2002 |
| Tulane University School of Medicine, Chester Scrignar Mem. Lecture, New Orleans, LA<br>      'The Depravity Scale: Can Psychiatry Define Evil?' | Apr. 2002 |

*Michael Welner, M.D.*
**The Forensic Panel**

Page 7 of 24

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| Pennsylvania State Senate, Judiciary Committee, Harrisburg, PA<br>'Retardation and the Death Penalty: Special Considerations' | Mar. 2002 |
| Association of the Bar of the City of New York, New York, NY<br>'Working With Psychiatrists in Resolving ADA Cases' | Feb. 2002 |
| American Academy of Forensic Sciences, Annual Meeting, Atlanta, GA<br>'Medication Defenses: Guidelines for Assessment' | Feb. 2002 |
| American Academy of Forensic Sciences, Annual Meeting, Atlanta, GA<br>'Medication Defenses: Myths & Facts' | Feb. 2002 |
| American Academy of Forensic Sciences, Annual Meeting, Atlanta, GA<br>'Toward a Standardized Legal Definition of Evil' | Feb. 2002 |
| Association of the Bar of the City of New York, New York, NY<br>'Americans with Disabilities Act and September 11' | Jan. 2002 |
| Industrial Relations Research Association, New York, NY<br>'Post-Traumatic Stress and 9/11: Employment Law Implications' | Dec. 2001 |
| Duquesne University School of Law, Pittsburgh, PA<br>'Psychiatric Consultation in Capital Cases' | Nov. 2001 |
| New Jersey Prosecutors Association, Monmouth, NJ<br>'Peer-Review in Capital Cases: Steven Fortin' | Nov. 2001 |
| New York Prosecutors Training Institute, Advanced College, Syracuse, NY<br>'Retardation Issues in Capital Cases' | Aug. 2001 |
| American Psychiatric Association, Annual Meeting, New Orleans, LA<br>'The Depravity Scale: Development and Potential' | May 2001 |
| American Psychiatric Association, Annual Meeting, New Orleans, LA<br>'How Psychiatry Has Defined Evil' | May 2001 |
| American Psychiatric Association, Annual Meeting, New Orleans, LA<br>'Psychosis and Mass Homicide' | May 2001 |
| American Psychiatric Association, Annual Meeting, New Orleans, LA<br>'Drug-Facilitated Sex Assault' | May 2001 |
| American Psychiatric Association, Annual Meeting, New Orleans, LA<br>'Black Rage: Myths and Realities' | May 2001 |
| American Psychiatric Association, Annual Meeting, New Orleans, LA<br>'Ethnic Rage: Guidelines for Forensic Assessment' | May 2001 |

*Michael Welner, M.D.*
**The Forensic Panel**

Page 8 of 24

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| American Bar Association, Criminal Law Division, Albuquerque, NM<br>"Daubert & Expert Testimony: Peer Review & The Forensic Panel" | Apr. 2001 |
| American Bar Association, Criminal Law Division, Albuquerque, NM<br>"Daubert & Expert Testimony: Why Peer Review is Needed" | Apr. 2001 |
| Duquesne University School of Law, Pittsburgh, PA<br>"The Depravity Scale: Current Research" | Mar. 2001 |
| American Academy of Forensic Sciences, Annual Meeting, Seattle, WA<br>'The Drug-Facilitated Sex Assaulter' | Feb. 2001 |
| American Academy of Forensic Sciences, Annual Meeting, Seattle, WA<br>'Subtypes of Drug-facilitated Sex Assault and Paraphilias' | Feb. 2001 |
| American Academy of Forensic Sciences, Annual Meeting, Seattle, WA<br>'Fun with Diagnosis: Tricks of the Trained' | Feb. 2001 |
| American Academy of Forensic Sciences, Annual Meeting, Seattle, WA<br>'Diagnosis for the Capital Defender' | Feb. 2001 |
| American Academy of Forensic Sciences, Annual Meeting, Seattle, WA<br>'A Stab at Insanity: Reading Mental States from Knife Wounds' | Feb. 2001 |
| New York Prosecutors Training Institute, Grand Rounds, West Point, NY<br>'Working with and Opposing Psychiatrists in Capital Cases' | Feb. 2001 |
| Rockland Psychiatric Center, Grand Rounds, Orangeburg, NY<br>'Black Rage: Clinical and Forensic Applications' | Nov. 2000 |
| Duquesne University School of Law, Forensic Science & the Law , Pittsburgh, PA<br>'Forensic Psychiatry: Assisting Tomorrow's Court" | Oct. 2000 |
| American College of Forensic Examiners, Annual Meeting, Las Vegas, NV<br>'Distinguishing the Drug-Facilitated Rapist' | Oct. 2000 |
| Cabrini Medical Center, Grand Rounds, New York, NY<br>'Black Rage, White Supremacists, and Psychiatry' | Sep. 2000 |
| New York State Bar Association, Transatlantic Conference in Employment Law, Dublin, Ireland<br>'The Industrial Psychopath' | July 2000 |
| Lenox Hill Hospital, Inpatient Case Conference, New York, NY<br>'Cross-Cultural Issues in Domestic Violence" | July 2000 |
| American Society of Clinical Psychopharmacology, Annual Conference, San Juan, PR<br>'Treatment of Violence – State of the Art' | Feb. 2000 |

*Michael Welner, M.D.*
**The Forensic Panel**

Page 9 of 24

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| Mid-Hudson Psychiatric Center, Grand Rounds, Middletown, NY<br>'Parents Killing Children: SIDS, Filicide and Beyond' | Jan. 2000 |
| Lenox Hill Hospital, Inpatient Case Conference, New York, NY<br>'Managing the Complex Anxiety Patient' | May 1999 |
| Cutting Edge Collaborations In Sexual Assault, CLE Conference, Brooklyn, NY<br>'Sex Offender Prognosis and Its Evaluation' | Apr. 1999 |
| Duquesne University School of Law, Distinguished Lecturer Series, Pittsburgh, PA<br>'Psychiatric-Legal Frontiers in Female Criminality' | Apr. 1999 |
| Fordham University School of Law, New York, NY<br>'Peer-Review, Ethics and the Future of Forensic Consultation' | Mar. 1999 |
| The Osler Institute, Forensic Psychiatry Board Review Program, Chicago, IL<br>'Crime Scene Analysis' | Mar. 1999 |
| The Osler Institute, Forensic Psychiatry Board Review Program, Chicago, IL<br>'Psychological Autopsy for Civil Courts' | Mar. 1999 |
| The Osler Institute, Forensic Psychiatry Board Review Program, Chicago, IL<br>'Recent Scientific Advances in Forensic Psychiatry' | Mar. 1999 |
| The Osler Institute, Forensic Psychiatry Board Review Program, Chicago, IL<br>'Psychiatry and the Death Penalty' | Mar. 1999 |
| Lenox Hill Hospital, Grand Rounds, New York, NY<br>'Neonaticide & Other Frontiers of Female Antisocial Behavior' | Mar. 1999 |
| Kings County District Attorney's Office, Brooklyn, NY<br>'The Criminal Responsibility Evaluation' | Feb. 1999 |
| Mid-Hudson Psychiatric Center, Grand Rounds, Middletown, NY<br>'Scientific Advances in Female Antisocial Behavior' | Jan. 1999 |
| Fordham University School of Law, New York, NY<br>'The Insanity Defense: What, Why & Who' | Nov. 1998 |
| Society for Liaison Psychiatry, Distinguished Lecturer Series, New York, NY<br>'Hospital Consultation and Recent Court Decisions' | Oct. 1998 |
| National College of District Attorneys, Colorado Springs, CO<br>'How to Work With or Against a Forensic Psychiatrist' | Sept. 1998 |
| American Psychiatric Association, Annual Meeting, Toronto, Canada<br>'Forensic Developments in the New Era of Prescribing' | May 1998 |

*Michael Welner, M.D.*
**The Forensic Panel**

Page 10 of 24

## PRESENTATIONS CONTINUED…

| | |
|---|---|
| Duquesne University School of Law, Pittsburgh, PA<br>'A Psychiatric Standard of Evil' | Mar. 1998 |
| Allegheny County District Attorney's Office, Pittsburgh, PA<br>'Psychiatric Clues To Solving Sex Homicide' | Mar. 1998 |
| Lenox Hill Hospital, Inpatient Case Conference, New York, NY<br>'Evaluation and Treatment of Sex Offenders' | Jan. 1998 |
| Institute for Psychiatric Services, Annual Meeting, Washington, DC<br>'Medical Treatment of the Repeatedly Violent' | Oct. 1997 |
| Mid-Hudson Psychiatric Center, Grand Rounds, Middletown, NY<br>'Recent Advances In Forensic Hospital Practice' | Sept. 1997 |
| American Psychiatric Association, Annual Meeting, San Diego, CA<br>'Medical Treatment of the Repeatedly Violent' | May 1997 |
| Rockland Psychiatric Center, Grand Rounds, Orangeburg, NY<br>'Legal Trends In Hospital Based Psychiatric Care' | Apr. 1997 |
| Association of Law, Medical, & Investigative Experts, New York, NY<br>'Collaborating With Other Forensic Disciplines' | Mar. 1997 |
| Alliance of Mentally Ill, 'Ask the Doctor', New York, NY<br>'Diagnosis and Treatment of Bipolar Disorder' | Mar. 1997 |
| American Academy of Psychiatry and the Law, Annual Meeting, San Juan, PR<br>'Medical Treatment of the Repeatedly Violent' | Oct. 1996 |
| American Psychiatric Association, Annual Meeting, New York, NY<br>'Psychosurgery in the Refractory Violent: A Debate' | May 1996 |
| Beth Israel Medical Center, Psychopharmacology Series, New York, NY<br>'Practical treatment of mood disorders with co-morbid conditions' | Nov. 1995 |
| United We Stand America, National Policy Conference, Dallas, TX<br>'Health Care Reform: Consumer Privilege and Responsibility' | Aug. 1995 |
| Hate Crimes Language Conference, International Center for the Disabled, New York, NY<br>'Defining Bias Crimes Against the Mentally Ill' | Jul. 1995 |
| New York State Senate Commission On the Mentally Ill, New York, NY<br>'Expert testimony reviewing commitment criteria' | Oct 1993 |
| Beth Israel Medical Center, Grand Rounds, New York, NY<br>'Pharmacotherapy for the Habitually Violent' | May 1992 |

*Michael Welner, M.D.*
**The Forensic Panel**

## PUBLICATIONS

"Disaster Psychiatry" Welner M, Page J (book chapter) In: Disaster Preparedness for Health Care Facilities Canadian Centre of Excellence in Emergency Preparedness (accepted for publication)

"Educator Sexual Abuse: Two Case Reports." Burgess A, Welner M, Willis D *Journal of Child Sexual Abuse* (accepted for publication)

"Antipsychotics Drugs and Interactions: Implications for Criminal and Civil Forensics." (book chapter) Welner, M. Opler L. In: Mozayani A, Raymon L (ed) Handbook of Drug Interactions: A Clinical and Forensic Guide. Haworth Press. London. (in print).

"Forensic Psychiatry." (book chapter) Welner, M. In: Wecht C., (ed) Forensic Sciences. Matthew Bender. New York. 2009. (in print)

"Recovered Memory." (book chapter) Greiffenstein, M; Seward, J; Welner, M. In: Wecht C., (ed) Forensic Sciences. Matthew Bender. New York. 2009 (in print)

"Drug-Facilitated Sex Assault" Welner M Welner B In: Hazelwood R Burgess A Practical Aspects of Rape Investigation; A Multidisciplinary Approach Taylor & Francis 2008 pp 445-462

"Classifying Crimes by Severity: From Aggravators to Depravity" Welner M. In: Douglass J, Ressler R, Burgess A FBI Crime Classification Manual. Jossey-Bass 2007 pp 55-72

"Neonaticide" Welner M. In: Douglass J, Ressler R, Burgess A FBI Crime Classification Manual. Jossey-Bass 2007 pp 164-169

"Religion-Inspired Homicide" Welner M. In: Douglass J, Ressler R, Burgess A FBI Crime Classification Manual. Jossey-Bass 2007 pp 195-200

"Forensic Psychiatry and Psychology." (book chapter) Welner, M, Ramsland K. In: Wecht C, Rago J. Foundations in Forensic Science and the Law CRC Press London. 2006 99 475-493

"Neuropsychological Testing: Ethical Applications for Law and Public Policy" Seward, J Welner M 2006 *Annapolis Center for Science and Public Policy*

"Mental Handicap and Learning Disability" (book chapter) Welner, M. In: Encyclopedia of Forensic & Legal Medicine, Academic Press. London. 2005 p 388-405

"The Depravity Standard: A Future Role of Forensic and Behavioral Evidence Analysis" Welner M. In: Petherick, W. The Science of Criminal Profiling, Barnes & Noble. London. 2005 pp 150-152

"The Importance of Deciphering Motives, & How they Differ" Welner, M. Empire State Prosecutor. 2005 2(3) pp24-26

"Child Sex Abuse Accommodation Syndrome" Welner, M. Empire State Prosecutor. 2004 1(3)

"Psychopathy, Media, and the Psychology at the Root of Terrorism" (book chapter) Welner, M. In: Biological and Chemical Warfare Lawyers and Judges Publishing Tucson Az. 2004 pp 385-421

*Michael Welner, M.D.*
**The Forensic Panel**

Page 12 of 24

<u>**PUBLICATIONS CONTINUED…**</u>

"Motives in Crime." (book chapter) Welner, M. In: Dominick J et al. Crime Scene Investigation Elwin Street London. 2004 pp 126-135

"Competency to Waive *Miranda* and the Grisso Scales" Welner, M. Empire State Prosecutor. 2004 1(2) pp 30-32

"Legal Relevance, Psychiatry Realities, and the Methodology for Standardized Distinction of "Heinous" and "Evil" Crimes" Welner M. Jl American Academy of Psychiatry & the Law. 31(4) 2003.

"Hidden Diagnosis and Misleading Testimony in Domestic Violence:  How Courts Get Shortchanged" Welner M. Pace Law Review Fall 2003 24(1) 193-209

"Confession Evidence and the Gudjonsson Scales" Welner, M. Empire State Prosecutor. 2003 1(1) pp 19, 27-29

"Psychotropic Medications and Crime." (book chapter) Welner, M. In: Mozayani A, Raymon L (ed) Handbook  of Drug Interactions: A Clinical and Forensic Guide. Haworth Press. London. 2003. pp 631-645.

"Antipsychotics Drugs and Interactions: Implications for Criminal and Civil Forensics." (book chapter) Welner, M. In: Mozayani A, Raymon L (ed) Handbook  of Drug Interactions: A Clinical and Forensic Guide. Haworth Press. London. 2003. pp 187- 215.

"What *Chevron v. Echazabal* Means for Workers in Psychiatric Treatment." Welner, M.  New York State Bar Association Labor & Employment Newsletter. Winter 2002 27(4) pp 9-10.

"Recovered Memory." (book chapter) Seward, J; Welner, M. In: Wecht C., (ed) Forensic Sciences. Matthew Bender. New York. 2002 pp 32E3-32E32.

"The Perpetrators and Their Modus Operandi."  (book chapter) Welner, M. In: LeBeau M, Mozayani A (ed) Drug Facilitated Sexual Assault. Academic Press. London. 2001 pp 39-74.

"Blaming God for (Andrea) Yates." Welner, M. The Forensic Panel Letter. www.forensicpanel.com. March 17, 2002.

"Anxiety Draws Water Guns in Prison." (corrections treatment) Welner, M. The Forensic Panel Letter. www.forensicpanel.com. November 30, 2001.

"The Cult of Al-Qaeda." (brainwashing and Islamic fundamentalism) Welner, M. The Forensic Panel Letter. www.forensicpanel.com. October 16, 2001.

Case Commentary: State v. McGann. (examining vulnerability) Welner, M. 30 S.W.3d 540. The Forensic Panel Letter. www.forensicpanel.com. August 20, 2001.

Case Commentary: Phillips v. UPRC. (black rage & workplace) Welner, M. 216 F.3d 703. The Forensic Panel Letter. www.forensicpanel.com. August 1, 2001.

"Lose Brain, Save Life" (fraudulent testing and retardation) Welner, M. The Forensic Panel Letter. www.forensicpanel.com. July 23, 2001.

Michael Welner, M.D.
The Forensic Panel

Page 13 of 24


PUBLICATIONS CONTINUED…

"Evil's Draw." (researching depravity) Welner, M. The Forensic Panel Letter. www.forensicpanel.com. June 6, 2001.

"Why Ask Why." (testifying on "why") Welner, M. The Forensic Panel Letter. www.forensicpanel.com. April 10, 2001.

"The Other Side of Alternatives." (alternatives to incarceration) Welner, M. The Forensic Panel Letter. www.forensicpanel.com. February 13, 2001.

Case Commentary: State v. Blackstock (confessions & the retarded) Welner, M. 19 S.W.3d 200. The Forensic Panel Letter. www.forensicpanel.com. January 16, 2001.

"As His Work Life Ends, So Ends Life At Work." (workplace mass homicide) Welner, M. The Forensic Panel Letter. www.forensicpanel.com. January 9, 2001.

"Forensic Psychiatry." (book chapter) Welner, M. In: Wecht C., (ed) Forensic Sciences. Matthew Bender. New York. 2000. 32 1-21.

Case Commentary: Johnson v. Norris. (mania & effective counsel) 207 F3d. 515 Welner, M. The Forensic Panel Letter. www.forensicpanel.com. November 27, 2000.

"The Lost Generation." (terrorism, racism & psychiatry) Welner, M. 4(10) The Forensic Panel Letter. www.forensicpanel.com. October 29, 2000.

Case Commentary: Mendenhall v. State. (hypoglycemia & criminal responsibility), 43 F.Sup 2d 1. Welner, M. 4(10) The Forensic Panel Letter. www.forensicpanel.com. October 26, 2000.

Science Review: Suicides vs. Homicides a Tougher Call in Sharp Force Death. Welner, M. 4(10) The Forensic Panel Letter. www.forensicpanel.com. October 16, 2000.

Case Commentary: Guo v. Maricopa Cty. (ADA and physicians), 992 P2d 11; Welner, M. 4(9) The Forensic Panel Letter. www.forensicpanel.com. October 4, 2000.

Case Commentary: Van Tran v. State (competency for execution) 6 S.W.3d 257 Welner, M. 4(9) The Forensic Panel Letter. www.forensicpanel.com. September 27, 2000.

"Protecting Privacy at Workplace Risk" (industrial psychopathy) Welner, M. 4(9) The Forensic Panel Letter. www.forensicpanel.com. Sept 21, 2000.

Case Commentary: In re Matthew A.B. (juvenile sex offender designation) 605 N.W.2d 598. Welner, M. 4(8) The Forensic Panel Letter. www.forensicpanel.com. July 2000.

"Who's the Boss." (judicial discretion) Welner, M. 4(8) The Forensic Panel Letter. www.forensicpanel.com. July 2000.

Case Commentary: U.S. v. Motto (computer sex addiction) 70 F. Supp 2d 570. Sullivan v. Riv. Vall. (fitness for duty eval ethics) 197 F. 3d 804 Welner, M. 4(7) The Forensic Panel Letter. www.forensicpanel.com. June 2000.

*Michael Welner, M.D.*
**The Forensic Panel**

Page 14 of 24

## PUBLICATIONS CONTINUED...

"No Toys This Christmas" (forensic technology) Welner, M. 4(7) The Forensic Panel Letter.
www.forensicpanel.com. June 2000.

Case Commentary: Mercer v. Comm. (substance use, antisocial personality, and legal insanity), 523 S.E.2d
213; U.S. v. Pirro & Pirro (white collar crime) 76 F. Supp 2d. 478 Welner, M. 4(6) The Forensic Panel
Letter. www.forensicpanel.com. May 2000.

"Chasing Elians." (enforcing parental rights) Welner, M. 4(6) The Forensic Panel Letter.
www.forensicpanel.com. May 2000.

Case Commentary: Comm. v. Conaghan. (battered woman synd.), 720 N.E. 2d 48. Baer v. Baer (disability
prognosis & alimony) 738 A.2d 923 Welner, M. 4(5) The Forensic Panel Letter.
www.forensicpanel.com. April 2000.

"Suicide by Watch" (corrections conditions) Welner, M. 4(5) The Forensic Panel Letter.
www.forensicpanel.com April 2000.

Case Commentary: People v. Coulter (Munchhausen-by-Proxy), 697 N.Y.S.2d 498. State v. Gardner
(involuntary intoxication) 601 NW.2d 670. U.S. v. Damon 191 F 3d 561 (depression and
competency) Welner, M. 4(4) The Forensic Panel Letter. March 2000.

"Parenthood = Criminal Responsibility?" (homicide by children) Welner, M. 4(4) The Forensic Panel Letter.
www.forensicpanel.com. March 2000.

Case Commentary: State v. Tenerelli (religion & victimology), 598 N.W.2d 668; DeRosa and Thomas v.
Nevada (confrontation clause & experts) 985 P.2d 157. People v. Butler 88. Cal.Rptr.2d 210 Welner,
M. 4(3) The Forensic Panel Letter. www.forensicpanel.com. February 2000.

"Dawn of the Techno Defense" (technology's impact on brain & behavior) Welner, M. 4(3) The Forensic
Panel Letter.  February 2000

Case Commentary: People v. Miller (homosexual panic), 733 A.2d 1286 Welner, M. 4(2) The Forensic Panel
Letter. www.forensicpanel.com. January 2000.

 "Risk and the Power of Manson" (power, charisma, and dangerousness) Welner, M. 4(2) The Forensic Panel
Letter. www.forensicpanel.com January 2000.

Case Commentary: Welner, M. State v. Voorhees (involuntary intoxication), 596 N.W.2d 241 Welner, M. 4(1)
The Forensic Panel Letter. December 1999.

"If Only" (biases and age groups in disposition) Welner, M. 4(1) The Forensic Panel Letter.  December 1999.

Case Commentary: Welner, M. State v. Calek (competency of chronic schizophrenics), 48 F. Supp 2d 919,
3(12) The Forensic Panel Letter. November 1999.

"Gag Odor" (psychiatry's relationship with the press) Welner, M. 3(12) The Forensic Panel Letter. 1
November 1999.

*Michael Welner, M.D.*
**The Forensic Panel**

### PUBLICATIONS CONTINUED...

"A Stab at Insanity" (interpreting mental state through knife wound patterns) Welner, M. 3(11) The Forensic Panel Letter. 16 October 1999.

"Community Service: Alternative Only?" (sentencing and corrections) Welner, M. 3(11) The Forensic Panel Letter. 1 October 1999.

Case Commentary: Welner, M. State v. Rudisill (competency and head injury), 43 F. Supp 2d 1, 3(11) The Forensic Panel Letter. November 1999.

"Call Me When You Do Remember" (forensic interviewing and credibility) Welner, M. 3(10) The Forensic Panel Letter. 1 September 1999.

Science Review: Welner, M. Criminal Victimization of Persons With Severe Mental Illness, 3(9) The Forensic Panel Letter. August 1999.

"I Should'a Had a V-8" (alcohol and crime) Welner, M. 3(9) The Forensic Panel Letter. 1 August 1999.

Case Commentary: Welner, M. Maine v. Pouillot (fight or flight in violent crime), 726 A. 2d 210; Campbell v. Sikes (response to prisoner agitation), 169 F3d 1353, 3(8) The Forensic Echo. July 1999.

"Sue Me" (mental health treatment of the chronically ill and the incarcerated) Welner, M. 3(8) The Forensic Echo. 1 July 1999.

Case Commentary: Welner, M. Com. v. Crawford (battered woman's confession), 706 N.E. 2d 289, 3(7) The Forensic Echo. June 1999.

"Testing For The Right Stuff" (psychological testing of political candidates) Welner, M. 3(7) The Forensic Echo. 1 June 1999.

Case Commentary: Welner, M. State v. Stevens (death investigation), 970 P.2D. 215 3(6) The Forensic Echo. May 1999.

"Voyeurs Watching Sex Offenders" (sex-offender registration) Welner, M. 3(6) The Forensic Echo. 1 May 1999.

Science Review: Welner, M. Criminal Victimization of Persons With Severe Mental Illness, 3(6) The Forensic Echo. April 1999.

Case Commentary: Welner, M. In the Interest of J.B. (juvenile disposition), 507 SE 2d 874, 3(5) The Forensic Echo. April 1999.

"Analyze This? You Analyze This!" (treating intimidating patients) Welner, M. 3(5) The Forensic Echo. 1 April 1999.

Case Commentary: Welner, M. Ford v. State of Arkansas (premeditation and childhood history), 976 SW 2d 915 3(4) The Forensic Echo. Mar 1999.

"Violence and Mental Illness: Quandary or Zealotry?" (homicides by the psychotic) Welner, M. 3(4) The Forensic Echo. 1 March 1999.

*Michael Welner, M.D.*
**The Forensic Panel**

Page 16 of 24

## PUBLICATIONS CONTINUED…

Case Commentary: Welner, M. State v. Tenace, (attorney-client communication) 700 N.E.2d 899 3(3) The Forensic Echo. February 1999.

"Where Should Grey Wolves Roam?" (geriatric crime) Welner, M.  3(3) The Forensic Echo. 1 February 1999.

Case Commentary: Welner, M. State v. Israel, (examination of co-conspirators) 963 P.2d 897 3(2) The Forensic Echo. January 1999.

"The Dog Ate My Integrity" (expert disclosure) Welner, M.  3(2) The Forensic Echo. 1 January 1999.

Case Commentary: Welner, M. State v. Vannier, (psychiatric autopsy) 714 So2d 470 3(1) The Forensic Echo. December 1998.

"Calming the Enemy of the State" (law enforcement psychiatry collaboration) Welner, M. 3(1) The Forensic Echo. 1 December 1998.

Case Commentary: Welner, M. Beasley v. State, (movie influence on violence) 502 SE2d 235 2(12) The Forensic Echo. November 1998.

"Mike Tyson's Occupational Therapy" (occupational fitness) Welner, M. 2(12) The Forensic Echo. 1 November 1998.

Case Commentary: Welner, M. State v. Borman, (personality and diminished capacity) 956 P2d 1325 2(11) The Forensic Echo. October 1998.

"A Good Smack" (child allegations of abuse) Welner, M. 2(11) The Forensic Echo. 1 October 1998.

Case Commentary: Welner, M. Reed v. State, (transient neurological conditions) 693 NE2d 988 2(10) The Forensic Echo. August 1998.

"Rethinking Criminal Motherhood" (female psychopathy) Welner, M.  2(10) The Forensic Echo. 1 September 1998.

Case Commentary: Welner, M. Castro v. Ward, (future rehabilitation of capital offender) 138 F.3d 810; State v. Mitts (peculiar crime) 690 N.E. 2d 522;  2(9) The Forensic Echo. August 1998.

"Till Death Do We Part" (families victims of mentally ill) Welner, M. 2(9) The Forensic Echo. 1 August 1998.

Case Commentary: Welner, M. Genius v. State, (voodoo and violence) 986 F.Supp 668; Stewart v. Price (listing expertise) 704 So. 2d 594; 2(8) The Forensic Echo. July 1998.

"Disarming Junior" (child gun violence) Welner, M. 2(8) The Forensic Echo. 1 July 1998.

Case Commentary: Welner, M. Cobo v. Raba, (AIDS, Depression, & promiscuity) 495 SE 2d 362; US v. Janusz (non-psychotic defects of reason) 986 F Supp 328; 2(7) The Forensic Echo. June 1998.

"Gatekeepers For Guardianship" Welner, M. 2(7) The Forensic Echo. 3 June 1998.

*Michael Welner, M.D.*
**The Forensic Panel**

Page 17 of 24

## PUBLICATIONS CONTINUED…

"Hospitals After Hendricks" (sex offender commitment) Grinfeld, M., Welner, M. 2(5) The Forensic Echo. 4-8 April 1998.

Case Commentary: Welner, M. Archer v. State, (personality and mitigation) 689 NE 2d 678; Turner v. Jordan (duty to protect in hospital violence) 957 SW 2d 815; 2(6) The Forensic Echo. May 1998.

"Defining Evil: A Depravity Scale for Today's Courts" Welner, M. 2(6) The Forensic Echo. 4-12 May 1998.

"Hire My Patient" (psychiatric vocational rehabilitation) Welner, M. 2(6) The Forensic Echo. 3 May 1998.

Case Commentary: Welner, M. Bronstein v. Supreme Ct. of Colorado, (attorney fitness)  981 F.Supp 1361; Kent v. State (behavior and competency)  702 So. 2d 265; 2(5) The Forensic Echo. April 1998.

"Access All Areas" (due diligence in employment evaluations) Welner, M. 2(5) The Forensic Echo. 3 April 1998.

Case Commentary: Welner, M. People v. Lopez, (Mothers of criminals) 946 P.2d 478; Hobart v. Shin, (Patient contributory negligence) 686 NE.2d 617; Avila v. State (Crime as reflex) 954 SW 2d 830; 2(4) The Forensic Echo. March 1998.

"American Bomber" (criminal profile) Welner, M., Auch, J. 2(4) The Forensic Echo. 4-13 March 1998.

"The Treatment Channel" (inpatient hospital milieu) Welner, M.  2(4) The Forensic Echo. 3 March 1998.

Case Commentary: Welner, M. Beltran v. State, (false confession) 700 So.2d 132; Canipe v. Commonwealth of Va., (road rage) 491 SE.2d 747; Talarico v. Dunlap, (medication induced violence)  685 NE 2d 325; 2(3) The Forensic Echo. February 1998.

"The Seasoning of Medication Defenses" (Psychotropic medication influencing violence) Grinfeld, M., Welner, M. 2(3) The Forensic Echo. 4-10 February 1998.

"Fallen" (political pressures and psychiatric evaluations) Welner, M. 2(3) The Forensic Echo. 3 February 1998.

Case Commentary: Welner, M. Waters v. Rosenbloom, (Valium morbidity) 490 SE.2d 73; Lawrence v. State (cold, cruel, and calculating aggravator) 698 So.2d 1219; People v. Avellanet (arsonist criminal profile) 662 NYS 2d 345; 2(2) The Forensic Echo. January 1998.

"Acquittees Trapped By The Insanity Defense" Welner, M, LaVacca, J.; 2(2) The Forensic Echo. 4-8 January 1998.

"Third World Court" (workers compensation) Welner, M. 2(2) The Forensic Echo. 3 January 1998.

Case Commentary: Welner, M. Brancaccio v. State, (medication-induced violence)698 So.2d 597; Shannon v. Law-Yone (doctor-patient communication) 950 SW 2d 429; Commonwealth v. Erney unconsciousness and sex consent) 698 A.2d 56; 2(1) The Forensic Echo. December 1997.

"Hired Gun: Does Money Or Bias Taint Your Expert?" Welner, M, Delfs, L.; 2(1) The Forensic Echo. 4-9 December 1997.

*Michael Welner, M.D.*
**The Forensic Panel**

Page 18 of 24

### PUBLICATIONS CONTINUED...

"Unabomber's Next Victim-Psychiatry" (professional dilemmas of the case) Welner, M. 2(1) The Forensic Echo. 3 December 1997.

Case Commentary: Welner, M. State v. Holden, 488 SE 2d 514; Rankin v. State of Arkansas (IQ and mitigation) 948 SW 2d 397; People v. Trippet, (medical use of marijuana) 66 Cal. Reptr. 2d 559; People v. Clark, (drugs and intent) 660 NYS 2d 200; Allen v. Montgomery Hospital (patient restraint and malpractice) 696 A 2d 1175; 1(12) The Forensic Echo. November 1997.

"Neonaticide: Immaculate Misconception?" Welner, M, Delfs, L.; 1(12) The Forensic Echo. 4-10 November 1997.

"Grossly Unequal Protection" (mental health malpractice) Welner, M. 1(12) The Forensic Echo. 3 November 1997.

Case Commentary: Welner, M. People v. Mercado, (juror trauma) 659 NYS 2d 453; Mental Health & Retardation v. McClain, (inpatient dangerousness) 947 SW 2d 694; State v. Payne, (urine testing and monitoring) 695 A 2d 529; Bradley v. Medical Board of Ca. (misconceptions and uses of sedatives) 65 Cal Rptr. 2d 1483 1(11) The Forensic Echo. October 1997.

"Rapist In a Glass?" (Rohypnol and other date rape drugs) Welner, M, Delfs, L.; 1(11) The Forensic Echo. 4-10 October 1997.

"Who's Your Psychiatric Proxy?" Welner, M. 1(11) The Forensic Echo. 3 October 1997.

"Principles on Megan's Law" Rosenkranz, J.; Welner, M.; Stone, C.; Smiley, T.; Sigda, E; et al. 52(6) The Record of the Association of the Bar 704. Oct 1997.

"Vincent Gigante's Next Move" (competency assessment) Welner, M, Delfs, L.; 1(10) The Forensic Echo. 4-14 September 1997.

"Put Psychotherapy In Prison" (prisoner treatment) Welner, M. 1(10) The Forensic Echo. 3 September 1997.

Case Commentary: Welner, M. State v. Hopfer, (neonaticide) 679 N.E. 2d 321; McClain v. State (sleep-deprived crime) 678 N.E. 2d 104; State v. Gjerde (elder disposition) 935 P 2d 1224; State v. Bartlett (pro se competency) 935 P2d 1114; 1(10) The Forensic Echo. September 1997.

"Seeing Cunanan For Who He Really Was" (misconceptions about psychopaths) Welner, M. 1(9) The Forensic Psychiatry Echo. 13 August 1997.

Case Commentary: Welner, M. Goldstein v. RI Psychiatric Society, (holistic and unconventional treatment recommendations) 692 A. 2d 325; Swanson v. Roman Catholic Bishop (supervisor liability and sexual misconduct) 692 A. 2d 441; People v. Hoffman (pathologists and criminal profiling) 636 NYS 2d 481; Barela v. Wyoming, head injury and violence) 936 P2d 66 1(9) The Forensic Psychiatry Echo. August 1997.

"The Supreme Court Makes a Doctor's Appointment" (physician-assisted suicide) Welner, M. 1(8) The Forensic Psychiatry Echo. 14 July 1997.

*Michael Welner, M.D.*
**The Forensic Panel**

Page 19 of 24

### PUBLICATIONS CONTINUED…

Case Commentary: Welner, M. Osborn v. PSRB (pedophilia and legal insanity), 934 P.2d 391; Rios v. PSRB (antisocial personality and legal insanity) 934 P. 2d 399; Gaul v. AT&T (depression and ADA) 955 F Supp 346; State v. Miller (predicting dangerousness) 933 P2d 606; In re: Johnson, (outpatient commitment) 691 A. 2d 628; 1(8) The Forensic Psychiatry Echo. July 1997.

"How Psychiatry Impacts Employment Litigation," Welner, M.  The Legal-Intelligencer June 6 1997.

"The Personality Disorder of the Americans With Disabilities Act" (accommodation of conduct) Welner, M. 1(7) The Forensic Psychiatry Echo. 14 June 1997.

Case Commentary: Welner, M. Vallinoto v. DiSandro, (attorney sex with clients) 688 A. 2d 830; U.S. v. Schmidt, (stings on psychiatric patients) 105 F 3d. 82; State v. Williams, (sedatives and criminal intent) 44  Conn. App 231; State v. Robertson, (lay input on behavior) 932  P2d 1219; 1(7) The Forensic Psychiatry Echo.  June 1997.

"Love Forbidden" (romance between patients) Welner, M. 1(6) The Forensic Psychiatry Echo. 29 May 1997.

Case Commentary: Welner, M. U.S. v. Artim, (dramatizing history for downward departure) 944 F Supp. 363; Meyers v. Arcudi, (polygraph uses) 947 F Supp. 581; People v. Bryant, (antisocial by proxy) NYLJ 12/31/96; EBI v. Blythe, (professional qualification for forensic examination) 931 P.2d 38; 1(6) The Forensic Psychiatry Echo. May 1997.

"Who Is Mark Whitacre – Part II?" (criminal responsibility and bipolar disorder) 21-28 1(6) The Forensic Psychiatry Echo. May 1997.

"Responding to Harassment: Environmental Protection?" (corporation reaction) Welner, M. 1(5) The Forensic Psychiatry Echo. 29 April 1997.

Case Commentary: Welner, M. People v. King, (retardation and Miranda) NYLJ 1/8/97; People v. Ellis, (battered women syndrome) 650 NYS 2d 503; Holland v. Chubb America, (accommodating panic disorder) 944 F Supp. 103; In re Visciotti, (presenting mitigating history) 926 P.2d 987 1(5) The Forensic Psychiatry Echo. April 1997.

"Who Is Mark Whitacre - Part I?" (white collar criminal responsibility) 33-40 1(5) The Forensic Psychiatry Echo. April 1997.

"Fit To Be Hit" (boxer mental fitness) Welner, M. 1(4) The Forensic Psychiatry Echo. 28 March 1997.

Case Commentary: Welner, M. Banks v. Horn, (paranoia and competency)939 F.Supp 1165; Clausen v. DOH, (boundaries of treatment) 648 NYS 2d 842; Trammell v. Coombe, (treating incorrigible prisoners) 649 NYS 2d 964; State v. Wallace, (treating stalking) 684 A 2d. 1355; State v. DeWalt, (psychiatric denial and criminal recidivism) 684 A 2d 1291; Commonwealth v. Mayer, (agitation and competency) 685 A2d 571; Shirsat v. Mutual Pharm., (observers at interviews) 169 FRD 68; Appeal of Sutton, (phobia vs. PTSD) 684 A2d 1346 1(4) The Forensic Psychiatry Echo. March 1997.

"Emerging Subtleties In Criminal Competency" Welner, M.  4(4) The Attorney of Nassau County 11, 19 February 1997.

"Neonaticide and America's Abortion Problem" Welner, M. 1(3) The Forensic Psychiatry Echo. 23 Jan 1997.

*Michael Welner, M.D.*
**The Forensic Panel**

### PUBLICATIONS CONTINUED…

Case Commentary: Welner, M. Commonwealth v. Crawford, (repression vs. suppression of memory) 682
     A2d 323; Eckert v. Rumsey Park, (testimony for own patient) 682 A 2d 720; Commonwealth v.
     Larsen, (personal psych record subterfuge) 682 A 2d 783; Merle v. US, ("permanent incompetence")
     683 A 2d. 755; US v. Burrous, (eyewitness reliability) 934 F Supp 525; Tuman v. Genesis, (family
     fallout from therapy) 935 F Supp 1375; Layser v. Morrison, (duty to protect) 935 F Supp 562; Brown
     v. US, (assessing dangerousness for recommitment) 682 A2d 1131;PAHRC v. WCAB,(adjustment
     disorder from overwork) 683 A 2d. 262; Hershey v. Com. (revictimization in treatment) 682 A 2d.
     1257; Allen v. Farrow, (sibling victims of incest) NYLJ 12/13/96; People v. Wernick (neonaticide)
     NYLJ 1/22/96; PB v. CC. (media in the court) 647 NYS 2d 732; People v. Lewis, (amnesia for
     crime) NYLJ 11/20/96;  (3) The Forensic Psychiatry Echo.  January 1997.

"Neonaticide, Post-Partum Psychosis, and Wernick Revisited" Welner, M. 4(3) The Attorney of  Nassau
     County  11,17 January 1997.

"Equal Rights, Equal Responsibility" (mental health parity) Welner, M. 1(2) The Forensic Psychiatry Echo. 8
     December 1996.

"Emerging Parameters for Recovery In AIDS Phobia" Welner, M. 4(2) The Attorney of  Nassau County
     December 1996.

"Risperidone for the Treatment of Acute Agitation in a Patient on MAO Inhibitor," Welner, M. Journal of
     Clinical Psychopharmacology 16(6) December 1996.

Case Commentary: Welner, M. Zimmer v. Davis, (family responsibility for treatment) NYLJ 10/17/96; State
     v. Barletta, (cocaine and eyewitness credibility) 680 A 2d 1284; Commonwealth v. Morley,
     (psychiatric mitigating testimony) 681 A 2d 1254; JD v. ND, (verbal abuse as battery) NYLJ10/17/96;
     People v. DelRio, (threshold for competency) 646 NYS 2d 117; Commonwealth v. duPont, (treaters
     and competency assessment) 681 A 2d 1328; People v. Washington, (corroborating history) 645 NYS
     2d 622; People v. Bradley, (extreme emotional disturbance) 646 NYS 2d 657; People Ex Rel Noel B.
     v. Jones, (imposing treatment on sick but not dangerous) 646 NYS 2d 820; Matter of D.C.,
     (predicting future dangerousness) 679 A 2d. 634; Blanyar v. Pagnotti, (close relationships for civil
     recovery) 679 A 2d. 790; Commitment of NN., (commitment of minors) 679 A 2d. 1174; Matter of

Bacon, (pain meds and testamentary capacity) 645 NYS 2d 1016; McCoy v. PPLC (predicting sobriety) 933
     F.Supp 438; Kukla v. Syfus (psychotherapy for PTSD) 928 F.Supp 1328; Murphy v. Abbott Labs
     (reasonable fear of HIV) 930 F.Supp 1083; People v. Ross 646 NYS 2d 249; Brown v. NYCHHC,
     (sex offender classification) NYLJ 10/21/96  1(2) The Forensic Psychiatry Echo.  December 1996.

"Castration for Sex Offenders: Options," Welner, M. 4 (1) The Attorney of  Nassau County  November
     1996.

"Moral vs. Legal "Wrong" in the Insanity Defense," Welner, M. 68 (7) New York State Bar Journal  28-30
     November 1996.

"Castration: Back to the Future," Welner, M. 1(1) The Forensic Psychiatry Echo. 4 November 1996.

*Michael Welner, M.D.*
**The Forensic Panel**

<u>**PUBLICATIONS CONTINUED…**</u>

Case Commentary: Welner, M. Kylow v. State, (patient assaults of peers) NYLJ 9/6/96; US v. Garcia, (intoxication and criminal responsibility) NYLJ 8/29/96; Vallejo v. Rahway, (jail suicide) 678 A 2d 1135; ER v. GSR, (domestic violence treatment) NYLJ 9/18/96; People v. Angelo, (depraved indifference) 644 NYS 2d 460; Williamson v. Waldman, (AIDS phobia) 677 A 2d 1179; People v. Marvin P., (insight and recommitment) NYLJ 8/19/96;  1(1) The Forensic Psychiatry Echo. November 1996.

"The Dangerousness Assessment: Legal Ramifications," Welner, M. 3(12) The Attorney of Nassau County, 10 October 1996.

"Assessing Employee Risk of Dangerousness," Welner, M. 3(11) The Attorney of Nassau County, 10 September 1996.

"Depraved Indifference: Should Psychiatric Information be Incriminating?" Welner, M. 216 (19) New York Law Journal p 1,4,29  7/26/96.

"The Psychiatrist's Role in Workplace Violence," Welner, M. 3(10) The Attorney of Nassau County  August 1996.

"Sexual Harassment: How Psychiatry Assists in the Litigation Process," Welner, M. 3(10) The Attorney of Nassau County June 1996.

"Psychiatric Examination and Sexual Harassment," Welner, M. Welner, M.  (3)9 The Attorney of  Nassau County  May 1996.

"Sexual Harassment: When is Psychiatric Input Relevant?" Welner, M.  (3)8 The Attorney of Nassau County, 4,17 April 1996.

"Psychiatry and Depraved Indifference," Welner, M. Welner, M.  (3)7 The Attorney of  Nassau County, 4 March 1996.

"Appreciation of 'Wrong' and the Insanity Defense,"  Welner, M. (3)6 The Attorney of  Nassau County, 4,19 February 1996.

Moral vs. Legal 'Wrong' in the Insanity Defense," Welner, M. (3)5  The Attorney of  Nassau County, 12 January 1996.

"Notification Statutes for Predatory Sex Offenders: Psychiatric Treatment Alternative?" Welner, M. (3)4 The Attorney of  Nassau County, 4,15 December 1995.

"What Can We Learn From Larry Hogue," Welner, M. Psychiatric Times, 10 (3), 12: March 1993.

<u>**AUDIOTAPE REVIEWS**</u>

Welner M., Injuries inflicted on homicide victims. Practical Reviews in Forensic Medicine & Sciences 7(1) Sept 2003.

Welner M., Violence Viewed by Psychopathic Murderers. Practical Reviews in Forensic Medicine & Sciences 7(1) September 2003.

*Michael Welner, M.D.*
**The Forensic Panel**

Page 22 of 24

## <u>AUDIOTAPE REVIEWS CONTINUED…</u>

Welner M., A 25-year Longitudinal, Comparison Study of the Outcome of Depression, Practical Reviews in Forensic Medicine & Sciences 5(12) August 2002.

Welner M. A Systematic Examination of Sixteen Cases of Neonaticide, Practical Reviews in Forensic Medicine & Sciences 5(9) May 2002.

Welner M. A Sample of Neonaticides, Practical Reviews in Forensic Medicine & Sciences 4(9) May 2002.

Welner M. Suicides by Sharp Force, Practical Reviews in Forensic Medicine & Sciences 3(3) November 2000.

Welner M. Mental Health Services in the County Jail, Practical Reviews in Forensic Medicine & Sciences 2(3) November 1999.

Welner M. Boys Who Join Gangs: A Prospective Study of Predictors of Gang Entry, Practical Reviews in Forensic Medicine & Sciences 2(3) November 1999.

Welner M. Childhood Social Predictors of Adolescent Antisocial Behavior: Gender Differences, Practical Reviews in Forensic Medicine & Sciences 2(2) October 1999.

Welner M. Agreement Between Urinalysis and Self-Reported Drug Use, Practical Reviews in Forensic Medicine & Sciences 2(2) October 1999.

Welner M. The Effect of Victim Impact Panels on DUI Arrest Rates, Practical Reviews in Forensic Medicine & Sciences 2(1) September 1999.

Welner M. Psychiatric Aspects of Arsonists, Practical Reviews in Forensic Medicine & Sciences 2(1) September 1999.

Welner M. Disturbed Female Offenders: Helping the 'Untreatable', Practical Reviews in Forensic Medicine & Sciences 1(12) August 1999.

Welner M. A National Evaluation of Treatment Outcomes for Cocaine Dependence Practical Reviews in Forensic Medicine & Sciences 1(12) August 1999.

Welner M. Stalking: False Claims of Victimisation Practical Reviews in Forensic Medicine & Sciences 1(11) July 1999.

Welner M. Intramuscular Flunitrazepam Versus Intramuscular Haloperidol in the Emergency Treatment of Aggressive Psychotic Behavior Practical Reviews in Forensic Medicine & Sciences 1(11) July 1999.

Welner M. Flunitrazepam (Rohypnol) Abuse In Combination With Alcohol Causes Premeditated, Grievous Violence In Male Juvenile Offenders Practical Reviews in Forensic Medicine & Sciences 1(10) June 1999.

Welner M. Report on the Institute of Medicine Committee on the Efficacy and Safety of Halcion Practical Reviews in Forensic Medicine & Sciences 1(10) June 1999.

Welner M. The Psychiatric Diagnoses of Twenty-Two Adolescents Who Have Sexually Molested Other Children Practical Reviews in Forensic Medicine & Sciences 1(9) May 1999.

*Michael Welner, M.D.*
**The Forensic Panel**

Page 23 of 24

## AUDIOTAPE REVIEWS CONTINUED...

Welner M. Physical Aggression in Dementia Patients and Its Relationship To Depression Practical Reviews in Forensic Medicine & Sciences 1(9) May 1999.

Welner M. Alcohol and Fear-Potentiated Startle: The Role of Competing Cognitive Demands in the Stress-Reducing Effects of Intoxication Practical Reviews in Forensic Medicine & Sciences 1(8) Apr 1999.

Welner M. Criminal Victimization of Persons With Severe Mental Illness Practical Reviews in Forensic Medicine & Sciences 1(8) Apr 1999.

Welner M. A Comparison of Normal Forgetting, Psychopathology, and Information-Processing Models of Reported Amnesia for Recent Sexual Trauma Practical Reviews in Forensic Medicine & Sciences 1(7) Mar 1999.

Welner M. Impulse Control Disorders in Alcoholics are Related to Sensation Seeking and Not Impulsivity Practical Reviews in Forensic Medicine & Sciences 1(7) Mar 1999.

Welner M. Psychophysiologic Responsivity in Posttraumatic Stress Disorder: Generalized Hyperresponsiveness versus Trauma Specificity Practical Reviews in Forensic Medicine & Sciences 1(6) Feb 1999.

Welner M. Risk Factors For Infant Homicide In the United States Practical Reviews in Forensic Medicine & Sciences 1(6) Feb 1999.

Welner M. Dissociative Symptomatology and Aggressive Behavior Practical Reviews in Forensic Medicine & Sciences 1(5) Jan 1999

Welner M. Auditory Hallucinations: A Comparison Between Patients and Nonpatients Practical Reviews in Forensic Medicine & Sciences 1(5) Jan 1999.

Welner M. Schizophrenia Delusions: The Detection of Warning Signals Practical Reviews in Forensic Medicine & Sciences 1(4) Dec 1998.

Welner M. Homicide Followed By Suicide: Paris and Its Suburbs, 1991-96 Practical Reviews in Forensic Medicine & Sciences 1(4) Dec 1998.

Welner M. The Effects of Primary Division, Student-Mediated Conflict Resolution Programs on Playground Aggression Practical Reviews in Forensic Medicine & Sciences 1(3) Nov 1998.

## PROFESSIONAL AFFILIATIONS

Medical Society of the State of New York
    Committee on Forensic Medicine      1996-present
American Academy of Psychiatry and the Law
American Academy of Forensic Sciences, Member
Alliance for the Mentally Ill-NYS
Association of the Bar of the City of New York
    *Criminal Law Committee*      1995-97
- Researching and proposing revisions to Megan's Law for New York State
- Domestic Violence Task Force

*Michael Welner, M.D.*
**The Forensic Panel**

Page 24 of 24

## PROFESSIONAL LICENSURE

New York, Hawaii, Pennsylvania

## EDUCATION

| | |
|---|---|
| University of Miami School of Medicine, Miami, Florida | 1984-88 |
| University of Miami, Coral Gables, Florida | 1981-84 |

    *Magna Cum Laude*; Phi Beta Kappa, Phi Kappa Phi, Golden Key honoree

## POSTDOCTORAL TRAINING

| | |
|---|---|
| Beth Israel Medical Center, New York, New York | 1988-89 |
|     *Rotating Internship* (Internal Medicine and Emergency Medicine) | |
| Beth Israel Medical Center, New York, New York | 1989-92 |
|     *Residency* (Psychiatry) | |
| University of Pennsylvania, Philadelphia, PA | 1991-92 |
|     *Fellowship* (Forensic Psychiatry) | |