**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN DAVID MITCHELL,<br><br>Defendants. | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Case No. 2:08 CR 125 DAK<br><br>Honorable Dale A. Kimball |

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF UTAH, OR TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

G R E E T I N G S :

We command you that you bring the body of Wanda Barzee, now confined in the FMC Carswell, Federal Medical Center, Naval Air Station, J St., Building 3000, Fort Worth, Texas, before the Honorable Dale A. Kimball, presiding at Salt Lake City, Utah, on the 1st day of December, 2010, at 8:30 a.m. of said day, and from day to day thereafter, for purposes of testifying on behalf of the defendant, Brian David Mitchell, in the said United States District Court, at the trial in the above-entitled and pending cause; and hold Ms. Barzee at all times in your custody as an agent of the United States of America; that immediately after the conclusion of the proceedings you return Ms. Barzee to the institution where she was confined, under safe and secure conduct, and have

you then and there make a return upon this Writ.

DATED this 2nd day of November, 2010.

BY THE COURT:

_____
Honorable Dale A. Kimball
United States District Court Judge