AO 187 (Rev.07/87) Exhibit and Witness List
Case 2:08-cr-00125-DAK   Document 436   Filed 12/10/10   Page 1 of 2

# United States District Court
## CENTRAL DISTRICT OF UTAH

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
DEC 10 2010
D. MARK JONES, CLERK
by

**DEFENDANT'S EXHIBIT LIST**

United States v. Brian David Mitchell          CASE NUMBER: 2:08 CR 125 DAK

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Dale A. Kimball | Felice J. Viti, Dave Backman, Diana Hagen & Alicia Cook | Robert L. Steele, Parker Douglas, Wendy Lewis & Audrey James |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| November 1, 2010 - December 10, 2010 | Rebecca Janke / Kelly Hicken | Kim Jones |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | A | 11/19/10 | X | X | BIDI, original hand-written version |
|  | B | 12/2/10 | X | X | Photo of LDS High Council (1989) |
|  | C | 11/18/10 | X | X | Photo of Brian Mitchell (clean cut) |
|  | D | 11/16/10 | X | X | Photo of hand wagon |
|  | E | 11/16/10 | X | X | Photo of West home |
|  | F | 11/17/10 | X | X | Video of hand wagon |
|  | G | 11/17/10 | X | X | Photo of Brian Mitchell (robed) |
|  | H | " | X | X | Photo of Irene Mitchell and children |
|  | I | 11/17/10 | X | X | Photo of Shirl Mitchell and children |
|  | J |  |  |  | Video of Wanda Barzee interview by Dr. Welner |
|  | K | 12/2/10 | X | X | Video clips of interview of Brian David Mitchell by Dr. DeMier |
|  | L | " | X | X | Dr. Thomas report |
|  | M | 11/19/10 | X | X | 2006 letter from Brian David Mitchell to Wanda Barzee |
|  | N | 11/18/10 | X | X | Journey Through the Land |
|  | O | 11/19/10 | X | X | The Ark of the Covenant |
|  | P | " | X | X | Birth of Zion |
|  | Q | 12/3/10 | X | X | Spokesman for the Infant God or Goddess (Vol. I and II) |
|  | R |  |  |  | Letter from Brian David Mitchell to Julie Adkison |
|  | S |  |  |  | BIDI, amended |
|  | T |  |  |  | BIDI with corrections |
|  | U |  |  |  | BIDI II |
|  | V | 12/2/10 | X | X | Video of Elizabeth Smart interview by Dr. Dietz |
|  | W |  |  |  | Hand house (**physical evidence**) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

**United States v. Brian David Mitchell**

CASE NO. 2:08 CR 125 DAK

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | X | 11/18/10 | X | X | Photo of hand house |
| | Y | 11/19/10 | X | X | Photo of hand house (interior) |
| | Z | | | | John Chaney pleading |
| | AA | | | | Shirl Mitchell's letter to ABC TV Network |
| | BB | 11/19/10 | X | X | Stipulation of Fact re: Ex A |
| | CC | 12/2/10 | X | X | Stipulation of Fact re: identification of defendant |
| | DD | " | X | X | Stipulation of Fact re: Ex B |
| | EE | 12/2/10 | X | X | Stipulation re: BOP evaluation |
| | FF | " | X | X | Stipulation re: BOP evaluation |
| | GG | 12/8/10 | X | X | DSM-IV-TR Limitations of the Categorical Approach |
| | HH | " | X | X | DSM-IV-TR Use of Clinical Judgment |
| | II | " | X | X | Diagram - Narcissistic Personality Disorder |
| | JJ | " | X | X | Description of Delusional Syndromes |
| | KK | | | | Diagram - Paranoid Personality Disorder |
| | LL | | | | Description of Delusional Syndromes |
| | MM | | | | Quote from <u>Memoirs of My Nervous Illness</u> by Daniel Schreber |
| | NN | | | | Item 5: Conning /Manipulative from PCL-R |
| | OO | 12/8/10 | X | X | Item 13:Lack of Realistic, Long-Term Goals from PCL-R |
| | PP | 12/9/10 | X | X | Table: Categories of Cognitions |
| | QQ | | | | |
| | RR | | | | |
| | SS | | | | |
| | TT | | | | |